

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

December 18, 2019

VIA ECF

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v Conde et al.*
            19 Cr 808 (VEC)
            Request for Appointment of Discovery Coordinator

Dear Judge Caproni:

    Reference is made to the last status conference in the above-entitled case where it was discussed that a discovery coordinator would be advantageous to the defense in the coordination and distribution of discovery. Counsel has spoken with Julie de Almeida, a discovery coordinator, who has worked with counsel and the Court on many other cases in this district, and she is willing to be appointed as discovery coordinator in this matter. Accordingly, it is respectfully requested that the Court appoint Ms. de Almeida as discovery coordinator in this matter. Counsel has advised Assistant United States Attorney Kedar Bhatia regarding this request and he is prepared to work with the coordinator to expedite discovery in this matter with her assistance.

Application GRANTED. Ms. de Almeida is appointed as discovery coordinator in this matter.

Respectfully submitted,

SO ORDERED.

/s/ *Guy Oksenhendler*

Guy Oksenhendler

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

12/18/2019