```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

FALIKOU KONE,
SYLVAIN GNAHORE

                              Defendants.

------------------------------------------------------------ X

19-CR-808 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 27, 2021, Mr. Kone appeared for a bail hearing;

IT IS HEREBY ORDERED THAT:

1. For the reasons stated at the hearing, Mr. Kone's motion to modify his release conditions is DENIED.

2. Mr. Kone's pretrial motions are due **August 13, 2021**. The Government's opposition is due **September 10, 2021**. Mr. Kone's reply is due **September 17, 2021.** All other deadlines as to Mr. Kone remain the same.

3. Messrs. Kone and Gnahore must appear for a status conference on **August 9, 2021 at 11:00 a.m.** by dialing 888-363-4749 using the access code 3121171 and the security code 0808. The parties should be prepared to discuss their availability to commence trial in the fourth quarter of 2021. Any recording or rebroadcasting of the hearing is prohibited.

**SO ORDERED.**

Date: July 27, 2021
      New York, New York

                                         **VALERIE CAPRONI**
                                         **United States District Judge**