USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA            :
                                    :
        -against-                   :
                                    :
FALIKOU KONE,                       :        19-CR-808 (VEC)
SYLVAIN GNAHORE                     :
                                    :        ORDER
                        Defendants. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS a status conference is scheduled for **August 9, 2021 at 11:00 a.m.** (Dkt. 249);

        WHEREAS on August 4, 2021, a Fourth Superseding Indictment was filed (Dkt. 252);

        IT IS HEREBY ORDERED THAT:  An arraignment will be held on **August 9, 2021 at 11:00 a.m**.  The parties must appear for the hearing by dialing 888-363-4749 using the access code 3121171 and the security code 0808.  As previously directed, the parties should also be prepared to discuss their availability to commence trial in the fourth quarter of 2021.  Any recording or rebroadcasting of the hearing is prohibited.

**SO ORDERED.**

Date:  **August 6, 2021**
       **New York, New York**

_____
        **VALERIE CAPRONI**
        **United States District Judge**