USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA          :
                                  :         19-CR-808 (VEC)
          -against-               :
                                  :         ORDER
SYLVAIN GNAHORE,                  :
                    Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS an arraignment on the Fourth Superseding Indictment was scheduled for August 9, 2021 at 11:00 a.m. (Dkt. 253);

WHEREAS no attorney for Mr. Gnahore appeared at the hearing;

IT IS HEREBY ORDERED THAT:

1. The parties must appear <u>in person</u> for an arraignment on **August 10, 2021 at 10:30 a.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Members of the public may attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0808.  Any recording of the hearing is strictly prohibited.

2. No later than **August 11, 2021,** Mr. Oksenhendler is ordered to show cause why he should not be sanctioned for failure to appear at the scheduled hearing.

**SO ORDERED.**

Date: August 9, 2021
      New York, NY

_____
VALERIE CAPRONI
United States District Judge