```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA       :

                                         :      19-CR-808 (VEC)

          -against-                      :

                                         :      ORDER

   SYLVAIN GNAHORE,                   :
                            Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS an arraignment on the Fourth Superseding Indictment was scheduled for August 10, 2021;

WHEREAS Mr. Gnahore did not appear at the hearing;

IT IS HEREBY ORDERED THAT:

1. The parties must appear <u>in person</u> for an arraignment on **August 12, 2021 at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  <u>Mr. Gnahore is required to appear at the arraignment.</u>

2. Members of the public may attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0808.  Any recording of the hearing is strictly prohibited.

**SO ORDERED.**

**Date: August 10, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**