```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                  :
                                          :      19-CR-808 (VEC)
                -against-                 :
                                          :           ORDER
SYLVAIN GNAHORE,                          :
                            Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

   WHEREAS an arraignment on the Fourth Superseding Indictment was scheduled for August 12, 2021;

   WHEREAS neither Mr. Gnahore nor his counsel appeared at the hearing;

   IT IS HEREBY ORDERED THAT:  The parties must appear <u>in person</u> for an arraignment on **August 17, 2021 at 10:30 a.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  <u>Mr. Gnahore is required to appear at the arraignment.</u>  Members of the public may attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0808.  Any recording of the hearing is strictly prohibited.

**SO ORDERED.**

Date:  August 12, 2021                                  _____
       New York, NY                                      **VALERIE CAPRONI**
                                                         **United States District Judge**