```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :          19-CR-808 (VEC)
          -against-                 :
                                    :          ORDER
SYLVAIN GNAHORE,                    :
                        Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant appeared for an arraignment on the Fourth Superseding Indictment on August 17, 2021 and pleaded not guilty;

IT IS HEREBY ORDERED THAT:

1. The parties should be prepared to commence jury selection and trial on **December 13, 2021 at 10:00 a.m.**  The Court will inform the parties as soon as it receives a firm trial date.  At that point, the Court will set a final pretrial conference.

2. Renewed requests to charge, if any, are due by **November 12, 2021**.

**SO ORDERED.**

Date:  August 17, 2021
       New York, NY

_____
 VALERIE CAPRONI
**United States District Judge**