```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
     UNITED STATES OF AMERICA              :
                                           :
           -against-                       :
                                           :
     SYLVAIN GNAHORE,                      :      19-CR-808 (VEC)
     FALIKOU KONE,                         :
                                           :      ORDER
                              Defendants.  :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2021

VALERIE CAPRONI, United States District Judge:

The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

On August 9, 2021, the Court informed the parties that it would hold an in-person trial in December 2021, subject to availability and the status of the COVID-19 pandemic. *See* Dkt. 254. The Clerk's Office has now notified the Court that this case has been placed on the jury trial calendar for **December 15, 2021**. The case is second on the list for jury trials for that day. This means that the case will not proceed on December 15, 2021, if the other trial scheduled for that date goes forward. If an earlier date on the trial calendar becomes available, however, the Court will accept an earlier trial date. Accordingly, the parties should be prepared to commence trial **as early as November 29, 2021**. As soon as the Court receives a firm trial date, it will inform the parties.

Unless the Court orders otherwise, the final pretrial conference will be held **in person** on **November 22, 2021 at 2:00 p.m.**

**SO ORDERED.**

Date: **August 30, 2021**
**New York, New York**

                        **VALERIE CAPRONI**
                        **United States District Judge**