USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA        :
                                :
         -against-              :
                                :
SYLVAIN GNAHORE                 :         19-CR-808 (VEC)
FALIKOU KONE,                   :
                   Defendants.  :         ORDER
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 30, 2021, the Court informed the parties that this case had been placed on the jury trial calendar for **December 15, 2021** and was second on the list for jury trials for that day.  Dkt. 269;

WHEREAS the Clerk's Office has now notified the Court that this case is first on the list for jury trials on **Wednesday, December 15, 2021 at 10:00 a.m.**;

IT IS HEREBY ORDERED that jury selection and trial will begin on **Wednesday, December 15, 2021 at 10:00 a.m.**  As soon as the Court confirms the Courtroom, the parties will be notified.

IT IS FURTHER ORDERED that proposed *voir dire* questions and requests to charge, if any additional, are due by **November 12, 2021**.  *See* Dkt. 261.

IT IS FURTHER ORDERED that, for both defendants, the Final Pretrial Conference will be held in-person on **December 9, 2021, at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that time is excluded for the period between September 27, 2021 and December 15, 2021 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant

in a speedy trial given the logistical difficulties of trial preparation caused by COVID-19. *See* Dkt. 254.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that interested members of the public may attend the final pretrial conference or the trial by dialing 1-888-363-4749, using the access code 3121171 and the security code 0808. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date: September 27, 2021**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.