```
                                                    ┌─────────────────────────────┐
                                                    │ USDC SDNY                   │
                                                    │ DOCUMENT                    │
                                                    │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT                        │ DOC #:_____      │
SOUTHERN DISTRICT OF NEW YORK                       │ DATE FILED: 10/1/2021       │
                                                    └─────────────────────────────┘
```

-------------------------------------------------------------- X

UNITED STATES OF AMERICA                     :

                              :               19-CR-808 (VEC)

      -against-                           :

                              :               ORDER

SYLVAIN GNAHORE,                             :

                     Defendant.     :

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 2, 2020, the Government filed a motion *in limine*;

      WHEREAS to date Mr. Gnahore has not responded to the Government's motion *in limine*;

      IT IS HEREBY ORDERED THAT Mr. Gnahore has until **October 8, 2021** to respond to

the Government's motion *in limine*; otherwise, the Court will treat that motion as unopposed.

**SO ORDERED.**

**Date:  October 1, 2021**
       **New York, NY**                     **VALERIE CAPRONI**
                                             **United States District Judge**