USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                               :
UNITED STATES OF AMERICA         :     ORDER
                                               :
           -v.-                          :     S4 19 Cr. 808 (VEC)
                                               :
SYLVAIN GNALI GNAHORE, and      :
FALIKOU KONE,                         :
                                               :
                 Defendants.          :
                                               :
-------------------------------------- X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Kedar S. Bhatia, dated December 9, 2021;

WHEREAS on or about December 7, 2021, the Government sought and obtained from the Honorable Jesse M. Furman, sitting in Part 1, an order authorizing the United States Department of the Treasury ("DOT") to disclose tax refund and payment information purportedly associated with the scheme charged in Counts One through Three of the Fourth Superseding Indictment (the "Tax Order"). On December 9, 2021, the Government received a production of documents from DOT in response to the Tax Order (the "Tax Documents");

WHEREAS trial in the above-captioned matter is currently scheduled to begin on December 15, 2021;

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and

return information as set forth in Title 26, United States Code, the Tax Documents are required to be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure; and

IT IS HEREBY FURTHER ORDERED that the Tax Documents are probative of a matter in issue relevant in establishing the guilt of the defendants, *i.e.*, at the forthcoming trial in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
December 9, 2021

The Clerk of Court is respectfully directed to close the open motion at docket entry 344.

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE