```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA,          :
                                                  :
        -against-                      :      19-CR-808 (VEC)
                                                  :
   SYLVAIN GNAHORE,                   :         <u>ORDER</u>
                                                  :
                           Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 9, 2021, the parties appeared before the Court for a final pretrial conference;

       WHEREAS Mr. Gnahore requested the appointment of new counsel;

       IT IS HEREBY ORDERED that Mr. Guy Oksenhendler is relieved as counsel for Mr. Gnahore.

       IT IS FURTHER ORDERED that Mr. Eric Breslin is appointed as CJA counsel for Mr. Gnahore.

       IT IS FURTHER ORDERED that the December 15, 2021 trial is ADJOURNED *sine die* as to Mr. Gnahore, in order to afford Mr. Breslin sufficient time to familiarize himself with the record in this case.

       IT IS FURTHER ORDERED that the parties must appear for a status conference on **January 6, 2022, at 4:30 p.m.**, in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

       IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice are served by providing

new counsel with time to become familiar with the case and the necessity of doing so outweighs the public's and the Defendant's interest in a speedy trial.

The parties are reminded that, per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

The Clerk of Court is respectfully directed to terminate Guy Oksenhendler as attorney of record for Defendant Sylvain Gnahore.

**SO ORDERED.**

**Date:  December 9, 2021**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.