USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :     19-CR-808 (VEC)
            -against-                   :
                                        :     ORDER
SYLVAIN GNAHORE and FALIKOU KONE,       :
                                        :
                          Defendants.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　　　WHEREAS a status conference was held on January 28, 2022 at 3:00 p.m., *see* Dkt. 371; and

　　　　WHEREAS the Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow criminal jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward. The Clerk's Office also schedules up to three jury trials to be on standby for each week.

　　　　IT IS HEREBY ORDERED that the Court will request an in-person trial date in **May 2022**, subject to availability and the status of the COVID-19 pandemic. The parties should be prepared to commence trial at any point after **May 2, 2022**. The Court will inform the parties when it has received a firm trial date.

　　　　IT IS FURTHER ORDERED that the Government's response to Mr. Kone's motion to suppress or, alternatively, for a *Franks* hearing is due by **February 25, 2022**. Mr. Kone's reply is due by **March 11, 2022**.

IT IS FURTHER ORDERED that Mr. Gnahore's pretrial motions and motions *in limine*, if any, are due by **February 11, 2022**. The Government's opposition is due by **February 25, 2022**. Mr. Gnahore's reply is due by **March 4, 2022**.

IT IS FURTHER ORDERED that Mr. Gnahore's requests to charge and proposed voir dire questions are due by **March 11, 2022**. Counsel are directed to provide only proposed voir dire questions that are tailored to the facts of this case.

**SO ORDERED.**

Date: January 28, 2022
New York, NY

VALERIE CAPRONI
United States District Judge