| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>TAIWAN<br>BOSTON<br>HOUSTON<br>AUSTIN<br>HANOI<br>HO CHI MINH CITY | **Duane Morris®**<br>*FIRM and AFFILIATE OFFICES*<br><br>ERIC R. BRESLIN<br>DIRECT DIAL: +1 973 424 2063<br>PERSONAL FAX: +1 973 556 1552<br>E-MAIL: ERBreslin@duanemorris.com<br><br>*www.duanemorris.com* | SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE*<br>*OF DUANE MORRIS*<br><br>ALLIANCES IN MEXICO<br>AND SRI LANKA |

February 3, 2022

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022

<u>VIA ECF</u>

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007-1502

Re:   <u>*United States v. Gnahore and Kone*</u>, No. 19-cr-808 (VEC)

Dear Judge Caproni:

We are the attorneys for Sylvain Gnali Gnahore. I write to request permission to staff one of my associates, Mario Cacciola, on this case to bill for his time and to put in an appearance on Mr. Gnahore's behalf. Mr. Cacciola has been assisting with this case since January 28, 2022. Mr. Cacciola has trial experience as a second chair, and I expect that his involvement will substantially assist in providing our best defense to Mr. Gnahore in the most cost-effective manner.

For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. We respectfully request the order be entered *nunc pro tunc* for January 28, 2022. Thank you for your consideration.

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

cc:  All Counsel of Record (Via ECF)

**SO ORDERED**   *[signature]*   2/3/2022
Honorable Valerie E. Caproni, U.S.D.J

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                                                    GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                                  PHONE: +1 973 424 2000    FAX: +1 973 424 2001
NEWARK, NJ 07102-5429