```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,            :
                                               :
        -against-                      :        19-CR-808 (VEC)
                                               :
FALIKOU KONE and SYLVAIN GNAHORE,  :        ORDER
                                               :
                           Defendants.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 29, 2022, Defendant submitted a letter-motion (the "Motion") to suppress certain evidence.

IT IS HEREBY ORDERED that the pre-trial conference previously scheduled for June 2, 2022 is adjourned *sine die*.

IT IS FURTHER ORDERED that the Government's response to Defendant's Motion is due by no later than **Wednesday, June 1, 2022 at 7:00 p.m.**, and Defendant's reply in support of the Motion is due by no later than **Friday, June 3, 2022 at 12:00 p.m.**

IT IS FURTHER ORDERED that a hearing on the Motion will be held on **Monday, June 6, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

The parties are reminded that, per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

**SO ORDERED.**

**Date:  May 30, 2022**
**          New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.