```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,              :
                                       :
        -against-                      :      19-CR-808 (VEC)
                                       :
FALIKOU KONE and SYLVAIN GNAHORE,      :      ORDER
                                       :
                         Defendants.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that a teleconference will be held on **Tuesday, May 31, 2022 at 2:30 p.m.** All parties must attend by dialing **1-888-363-4749**, using the **access code 3121171**, and the **security code 0808**. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date: May 31, 2022
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**