UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA             :
                                     :      19-CR-808 (VEC)
        -against-                    :
                                     :      ORDER
SYLVAIN GNAHORE and FALIKOU KONE,    :
                                     :
                          Defendants.:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference was held on May 31, 2022 at 2:30 p.m.; and

WHEREAS a suppression hearing is scheduled for Monday, June 6, 2022 at 10:00 a.m.

IT IS HEREBY ORDERED that the Government must produce the documents requested by the Defendant in connection with the suppression hearing or inform the Court and the Defendant why it is objecting to the request by no later than **Friday, June 3, 2022 at 5:00 p.m.**

IT IS FURTHER ORDERED that the Government and the Defendant must exchange exhibits, exhibit lists, and witness lists in connection with the suppression hearing, and provide courtesy copies to the Court, by no later than **Friday, June 3, 2022 at 5:00 p.m.**

SO ORDERED.

Date:  May 31, 2022
       New York, NY

_____
VALERIE CAPRONI
United States District Judge