Case 1:19-cr-00808-VEC   Document 451   Filed 07/19/22   Page 1 of 2



| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |



July 14, 2022

<u>VIA ECF</u>

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007-1502

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2022

      Re:    <u>*United States v. Gnahore and Kone*</u>**, No. 19-cr-808 (VEC)**

Dear Judge Caproni:

      We are the attorneys for Sylvain Gnali Gnahore.  I write to request permission to submit interim CJA vouchers in connection with Mr. Gnahore's representation.  My associate, Mario Cacciola, and I have already incurred meaningful attorney fees in connection with our work to date.

      It would be extremely helpful should I be allowed to submit interim CJA vouchers when the accrued amount is greater than Five Thousand Dollars ($5,000), in accordance with the CJA eVoucher Attorney's Manual.

      Thank you for Your Honor's consideration.

      Respectfully submitted,

      */s/ Eric R. Breslin*

      Eric R. Breslin

cc:  All Counsel of Record (Via ECF)

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*           GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800             PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

DuaneMorris

Honorable Valerie E. CaproniColleen McMahon
July 14, 2022
Page 2

**SO ORDERED**     _[signature: Valerie Caproni]_     Date: 7/19/2022

Honorable Valerie E. Caproni, U.S.D.J