USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA          :
                                  :    19-CR-808 (VEC)
        -against-                 :
                                  :    ORDER
SYLVAIN GNAHORE,                  :
                    Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 4, 2022, Mr. Ghanore was arrested in the Bronx, New York, and appeared before the Magistrate Court.

IT IS HEREBY ORDERED that a status conference will be held on **Monday, August 8, 2022 at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: August 4, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**