```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA          :

                                    :          19-CR-808 (VEC)
           -against-                    :

                                    :          <u>ORDER</u>
   SYLVAIN GNAHORE,                 :
                      Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 5, 2022, the parties appeared before the Court for a status conference;

IT IS HEREBY ORDERED that, as discussed at the status conference, Mr. Gnahore's trial, scheduled for November 28, 2022, is hereby ADJOURNED *sine die* to discuss a potential resolution of this case or the replacement of defense counsel.

IT IS FURTHER ORDERED that the parties must appear for a status conference on **Tuesday, October 25, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: October 5, 2022**
**New York, NY**
                                                **VALERIE CAPRONI**
                                               **United States District Judge**