```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :      19-CR-808 (VEC)
        -against-                     :
                                      :      ORDER
SYLVAIN GNAHORE,                      :
                        Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 25, 2022, the parties appeared before the Court for a status conference and a *Curcio* hearing;

WHEREAS Mr. Gnahore waived any potential conflict of interest his attorney Eric Breslin may have; and

WHEREAS Mr. Gnahore pled guilty to Count 2, 18 U.S.C. § 1344, of the Superseding Indictment.

IT IS HEREBY ORDERED in light of Mr. Gnahore's waiver of his right to unconflicted counsel, Ms. Sharkey is relieved as counsel.

IT IS FURTHER ORDERED that sentencing will be held on **February 21, 2023 at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007; sentencing submissions are due by no later than **February 7, 2023**.

**SO ORDERED.**

Date:  October 25, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**