| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>TAIWAN<br>BOSTON<br>HOUSTON<br>AUSTIN<br>HANOI<br>HO CHI MINH CITY | <br>*FIRM and AFFILIATE OFFICES*<br><br>ERIC R. BRESLIN<br>DIRECT DIAL: +1 973 424 2063<br>PERSONAL FAX: +1 973 556 1552<br>E-MAIL: ERBreslin@duanemorris.com<br><br>*www.duanemorris.com* | SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE<br>OF DUANE MORRIS*<br><br>ALLIANCES IN MEXICO<br>AND SRI LANKA |

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2023
```

January 27, 2023

<u>VIA ECF</u>

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007-1502

      Re:   <u>*United States v. Gnahore and Kone*, No. 19-cr-808 (VEC)</u>

Dear Judge Caproni:

     We are the attorneys for Sylvain Gnali Gnahore.  We write to request that the Court adjourn the deadline for submissions of sentencing memoranda and the date of Mr. Gnahore's sentencing for three weeks. This request is due to the fact that I contracted COVID earlier this month and was thus unable to enter the MDC to work with Mr. Gnahore.

     This adjournment would require the parties to submit any sentencing memoranda by February 28, 2023, and would set the date for Mr. Gnahore's sentencing for March 14, 2023, if that date is convenient for the Court.  The government has no objection to the requested adjournment.

     Thank you for Your Honor's consideration.

                                           Respectfully submitted,

                                           <u>*/s/ Eric R. Breslin*</u>

                                           Eric R. Breslin

cc:  All Counsel of Record (Via ECF)

DuaneMorris

Honorable Valerie E. CaproniColleen McMahon
January 27, 2023
Page 2

**SO ORDERED**     _/s/ Valerie Caproni_     Date: 1/27/2023
Honorable Valerie E. Caproni, U.S.D.J

> Application GRANTED.  Sentencing for Mr. Gnahore, previously scheduled February 21, 2023, is hereby ADJOURNED to **March 14, 2023 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The deadline for sentencing submissions are also ADJOURNED to **February 28, 2023**.