```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA        :
                                                       :      19-CR-808 (VEC)
              -against-                  :
                                                     :      <u>ORDER</u>
   SYLVAIN GNAHORE,                    :
                                   Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties are scheduled to appear for sentencing on March 14, 2023, at 10:00 a.m.

      IT IS HEREBY ORDERED that the sentencing is adjourned to **March 14, 2023 at 2:30 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: March 2, 2023**
     **New York, NY**

                                             _____
                                                  **VALERIE CAPRONI**
                                              **United States District Judge**