USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                  :
                                          :        19-CR-808 (VEC)
         -against-                        :
                                          :        ORDER
SYLVAIN GNAHORE,                          :
                            Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 14, 2023, Mr. Gnahore was sentenced by this Court.

IT IS HEREBY ORDERED that the Government must, by **Friday, March 17, 2023**, provide the Court with an Order of Restitution indicating with whom Mr. Gnahore is jointly and severally liable and in what amounts.

**SO ORDERED.**

Date: **March 16, 2023**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**