```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :    CONSENT PRELIMINARY ORDER
                                  :    OF FORFEITURE/
         - v. -                   :    MONEY JUDGMENT
                                  :
SYLVAIN GNALI GNAHORE,            :    S5 19 Cr. 808 (VEC)
                                  :
                   Defendant.     :
                                  :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about August 18, 2022, SYLVAIN GNALI GNAHORE (the "defendant"), was charged in a Fifth Superseding Indictment, S5 19 Cr. 808 (VEC) (the "Indictment"), with wire fraud, in violation of Title 18, United States Code, Sections 1343 (Count One); bank fraud, in violation of Title 18, United States Code, Section 1344 (Count Two); and bail jumping, in violation of Title 18, United States Code, Section 3146 (Count Three).

WHEREAS, the Indictment included a forfeiture allegation as to Count Two of the Indictment, seeking, *inter alia*, forfeiture to the United States, pursuant to Title 18, United States, Section 982(a)(2)(A), of any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of the offense charged in Count Two of the Indictment;

WHEREAS, on or about __10/25__, 2022, the defendant pled guilty to Count Two of the Indictment, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count Two of

the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), a sum of money equal to $38,180.86 in United States currency, representing proceeds traceable to the commission of the offense charged in Count Two of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Two of the Indictment;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $38,180.86 in United States currency representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count Two of the Indictment that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Kedar S. Bhatia and Christy Slavik, of counsel, and the defendant, and his counsel, Eric Breslin, Esq., that:

1. As a result of the offense charged in Count Two of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $38,180.86 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, SYLVAIN GNALI GNAHORE, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture

Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[THIS SPACE LEFT INTENTIONALLY BLANK]

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          10/25/2022
    KEDAR S. BHATIA                          DATE
    CHRISTY SLAVIK
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212)637-2465 / 1113

SYLVAIN GNALI GNAHORE

By: _____          10-25-22
    SYLVAIN GNALI GNAHORE                    DATE

By: _____          10/25/22
    ERIC BRESLIN, ESQ.                       DATE
    Attorney for Defendant
    Duane Morris LLP
    One Riverfront Plaza
    1037 Raymond Boulevard, Suite 1800
    Newark, NJ 07102

SO ORDERED:

_____              10.25.22
HONORABLE VALERIE E. CAPRONI                DATE
UNITED STATES DISTRICT JUDGE